ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                          )
                                                     )
Deloitte Consulting LLP, Deloitte &                  )   ASBCA No. 63396
  Touche LLP, and Deloitte Financial                 )
  Advisory Services LLP                              )
                                                     )
Under Contract Nos. N00039-15-C-0057                 )
                    FA2550-17-C-8006                  )

APPEARANCES FOR THE APPELLANT:          Thomas A. Lemmer, Esq.
                                        Phillip R. Seckman, Esq.
                                        Jessica R. Chao, Esq.
                                          Dentons US LLP
                                          Denver, CO

APPEARANCES FOR THE GOVERNMENT:         Samuel W. Morris, Esq.
                                          DCMA Chief Trial Attorney
                                        Peter M. Casey, Esq.
                                          Trial Attorney
                                          Defense Contract Management Agency
                                          Hanscom Air Force Base, MA

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  June 27, 2023

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63396, Appeal of Deloitte Consulting LLP, Deloitte & Touche LLP, and Deloitte Financial Advisory Services LLP, rendered in conformance with the Board's Charter.

Dated:  June 27, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals